Exhibit A to the Complaint

**Location:** Durham, NC  **IP Address:** 76.36.237.144
**Total Works Infringed:** 40  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 794D8F4F6F2E30FF20F90E74F327328955AE7B39 | 02/21/2025 16:44:45 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 2 | 38158A9F346C2EFE52778F9EF3700C10B07C3FF1 | 02/21/2025 16:00:04 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 3 | D8FFA09F3C97AE252BDBA56EE09FEFFF169ECCE7 | 02/21/2025 15:51:58 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 4 | 4A601C2DDD8D8DE6E1680A37ED56D192D49D5D49 | 02/21/2025 15:45:41 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 5 | DA8A2A815ED0AF07E8130467BEBA79EBFDD1A1A7 | 02/21/2025 15:45:35 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 6 | B0DBA440CA8BAB48253B31C3268EC35BEC952798 | 02/11/2025 16:51:44 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 7 | A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9 | 02/11/2025 16:43:49 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 8 | 12CB3CAF76D76F88E13556704B1C13FC6902811E | 02/11/2025 16:43:27 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 9 | 50EB3A81256ED806B8C03530B3AEB4EFE3AF96D1 | 02/11/2025 16:41:49 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 10 | 32ECF31DFF5F4B09C5CA42363841D43E20323E7C | 02/11/2025 16:40:28 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 11 | 90AC10449AFFDE8CBFE6FE592B4D7E8ECAAA8E7F | 02/05/2025 16:12:05 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 12 | B2648E0EA13CC3678162337BC0A761B6B9A7C1EB | 01/28/2025 16:02:27 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |
| 13 | F004928D8D5BFD2098E825D87BD3BC389554178C | 01/28/2025 16:01:01 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 14 | 6D5F2BC923E26FA533D07BA0C38E7517F6A578EC | 01/28/2025 15:59:01 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 15 | 6799f98c8266d28fe3f0530eced6e28f55a803d6 | 01/18/2025 07:43:25 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 16 | 1f4cf0abef118e464b86b1e7fde2db896024a4ba | 01/15/2025 17:21:49 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | A35FFB40AD99B7EE591F3575DDE5089755A49E9E | 01/15/2025 17:13:43 | Blacked | 12/24/2024 | 01/15/2025 | PA0002509260 |
| 18 | 888C99962CFDC80356BE1B35086659F45FE87BD9 | 01/15/2025 17:11:29 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 19 | 0A6801B572CD21A0E68A66FF9B4D5EA38076EF75 | 01/15/2025 17:05:25 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 20 | 4157BB075EC440872C9B41053864287444A90124 | 01/07/2025 17:53:49 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 21 | 1CECE03FC3AE8AD9909B29D574624F0BDEF790E9 | 01/07/2025 17:44:54 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 22 | 6e3ebb60bb91b99ad3b509649c4ae51f3ae32d69 | 12/19/2024 16:38:43 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 23 | C22DE437704CD04AB8C9F4C385EAAD12AF6F13B8 | 11/12/2024 15:52:33 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 24 | 25A0A1A9F3D732F17FCCBEF5B9F11856C82F1BE6 | 11/12/2024 08:29:39 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 25 | 12AF0B523D1AA51BB6B40351CC4B680835B98D5A | 11/12/2024 07:59:32 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 26 | E6684B688EB24D22565D5CD5A432D5203F0F6169 | 11/12/2024 07:56:54 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 27 | 38BE2D359149E93053ABF59C1F1950717AAA25F8 | 11/06/2024 16:21:41 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 28 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 10/18/2024 03:33:58 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 29 | 69FCE32D373A1DF558B96A31D9AADA4C7AC186E5 | 08/09/2024 14:30:15 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 30 | 6CA595682883DD538B6927A0551C84795B80DA0B | 08/09/2024 14:29:32 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 31 | DE9F13A2D901EF407B24B6DDFF3437FF3FE43BB7 | 08/09/2024 14:27:08 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 32 | AE67F5CB52C0ED82B74CB3CA6E4028EE51BFD7CF | 08/09/2024 14:23:43 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 33 | 687A9B3B245BD6D8DA2ACBF8DCE2D81F6FAB3E4B | 08/09/2024 14:21:55 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 34 | 2F9B8FF1CE30AFA616F5A84490947AFD0ED7F5A7 | 07/31/2024 12:55:50 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | E6C2F52BF021A8A2F557EB44B77C79A796F16C24 | 07/31/2024 12:47:24 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 36 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 07/31/2024 12:47:05 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 37 | 6ABFC9401487EF2799B7110B12B77BD56DE37C79 | 07/31/2024 12:44:02 | Blacked | 05/03/2024 | 05/08/2024 | PA0002469808 |
| 38 | 41F19F8D4281F2D30E07C3438ECB400367DA6228 | 07/31/2024 12:43:19 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 39 | 398FAADECAFA1B987ECE60D6546DA293DE3722E3 | 07/26/2024 04:14:42 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 40 | 5A6F3B5A5907C61A4CC879140B04B8C615F85C06 | 07/26/2024 04:14:40 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |